

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-09-00170-CR

_____

JOSE MANUEL SOTO, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 124th Judicial District Court
Gregg County, Texas
Trial Court No. 37447-B

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM OPINION

Jose Manuel Soto, appellant, has filed with this Court a motion to dismiss his appeal. The motion is signed by Soto and by his counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). As authorized by Rule 42.2, we grant the motion. *See* TEX. R. APP. P. 42.2.

Accordingly, we dismiss the appeal.

Bailey C. Moseley
Justice

Date Submitted: February 4, 2010
Date Decided: February 5, 2010

Do Not Publish